FILED
FEB 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE-FABRICIO: DIAZ,<br><br>JUAN-JOSE: VADO,<br><br>C/o 339 Victoria Street,<br><br>San Francisco, California Zip Code<br><br>Exempt,<br><br>　　　　Libellant,<br><br>　　vs.<br><br>CITI BANK et. Al.<br><br>C/o P.O. Box 894904<br><br>Los Angeles, California [90189]<br><br>　　　　Libellee, | ) Case No. C08-00835MMC<br>)<br>)<br>) **NOTICE OF APPOINTMENT OF FIDUCIARY**<br>)<br>) **TRUSTEE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: APPOINTMENT OF FIDUCIARY TRUSTEE

　　　Now, by special appearance, comes Rene-Fabricio: Diaz and Juan-Jose: Vado, the flesh and blood men, Sui Juris and unschooled in law, hereinafter referred to as we, our, us, or the like, to make the

NOTICE OF APPOINTMENT OF FIDUCIARY TRUSTEE 1 OF 2

following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead. Additionally this presentment is not put forth for purposes of delay nor to request any B.A.R. member attorned esquire, or agents thereof, to make any determinations for us, legal or otherwise, including but not limited to any so called "overturning of a motion". This is not a motion. This is a NOTICE. If you are reading this then the presumption will operate that you have ACTUAL NOTICE of the subject matter herein and by acting contrary to this NOTICE you will be bound by its terms. Fail not under penalty of Law!

NOTICE is hereby given that:

1.) We are of legal age, competent to testify and under no legal disability.

2.) As the creditors and principals, we hereby formally appoint MAXINE M. CHESNEY esquire as fiduciary trustee for the purpose of using our exemption to settle and close any outstanding debt owed CITI BANK.

Dated this 27th day of February, 2008

_____
By: authorized representative
Without recourse

NOTICE OF APPOINTMENT OF FIDUCIARY TRUSTEE 2 OF 2

FABRICIO DIAZ JUAN JOSE VALDO
339 VictoriA Street
SAN FRANCISCO CALIFORNIA
CODE EXEMPT
U.S. POSTAGE PAID
SAN FRANCISCO,CA
94112
FEB 27 '08
AMOUNT
$5.94
00075601-13
UNITED STATES POSTAL SERVICE
0000
94102
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL
7006 3450 0001 7281 7661
RETURN RECEIPT REQUESTED
Attention
MAXINE M. CHESNEY
UNITED STATE District Judge
Office of the clerk U.S. District Cour
Northern District of CAlifornia
450 GOLDEN GATE AVENUE
SAN FRANCISCO. CALIFORNIA