

FEB 29 2008

UNITED STATES DISTRICT COURT   RICHARD W. WIEKING
                                CLERK, U.S. DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE-FABRICIO: DIAZ, | ) Case No. C08-00835MMC |
| JUAN-JOSE: VADO, | ) **NOTICE OF ACCEPTANCE OF OATH OF** |
| C/o 339 Victoria Street, | ) **OFFICE AND BOND** |
| San Francisco, California Zip Code | ) |
| Exempt, | ) |
| Libellant, | ) |
| vs. | ) |
| CITI BANK et. Al. | ) |
| C/o P.O. Box 894904 | ) |
| Los Angeles, California [90189] | ) |
| Libellee, | |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: NOTICE OF ACCEPTANCE OF OATH OF OFFICE AND BOND

Now, by special appearance, comes Rene-Fabricio: Diaz and Juan-Jose: Vado, the flesh and blood men, Sui Juris and unschooled in law, hereinafter referred to as we, our, us, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true,

complete, certain and not meant to mislead. Additionally this presentment is not put forth for purposes of delay nor to request any B.A.R. member attorned esquire, or agents thereof, to make any determinations for us, legal or otherwise, including but not limited to any so called "overturning of a motion". This is not a motion. This is a NOTICE. If you are reading this then the presumption will operate that you have ACTUAL NOTICE of the subject matter herein and by acting contrary to this NOTICE you will be bound by its terms. Fail not under penalty of Law!

NOTICE is hereby given that:

1.)   We are of legal age, competent to testify and under no legal disability.

2.)   As the creditors and principals, we hereby formally accept the Oath of Office and Bond of MAXINE M. CHESNEY esquire forming a contract in the common law.

Dated this 27th day of February, 2008

_____
By: authorized representative
Without recourse