```
                    UNITED STATES DISTRICT COURT              FILED

                    NORTHERN DISTRICT OF CALIFORNIA          FEB 29 2008

                                                          RICHARD W. WIEKING
                                                         CLERK, U.S. DISTRICT COURT
                                                        NORTHERN DISTRICT OF CALIFORNIA
```

|  |  |
|---|---|
| RENE-FABRICIO: DIAZ, | ) Case No. C08-00835MMC |
| JUAN-JOSE: VADO, | ) **CERTIFICATE OF SERVICE** |
| C/o 339 Victoria Street, | ) |
| San Francisco, California Zip Code | ) |
| Exempt, | ) |
|     Libellant, | ) |
|     vs. | ) |
| CITI BANK et. Al. | ) |
| C/o P.O. Box 894904 | ) |
| Los Angeles, California [90189] | ) |
|     Libellee, | ) |

CERTIFICATE OF SERVICE

Now, by special appearance, comes Rene-Fabricio: Diaz and Juan-Jose: Vado, the flesh and blood men, Sui Juris and unschooled in law, hereinafter referred to as we, our, us, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead.

NOTICE is hereby given that:

1.)   We are of legal age, competent to testify and under no legal disability.

2.)   This is to certify that on February 27, 2008 we placed a true and accurate copy of the enclosed MEMORANDUM, NOTICE OF APPOINTMENT OF FIDUCIARY TRUSTEE and NOTICE OF ACCEPTANCE OF OATH AND BOND in the U.S. mail with postage prepaid and addressed as follows:

CITI BANK et. Al.

C/o P.O. Box 894904 Suite 200

Los Angeles, California [90189]

With certified mail number 7006 3450 0001 7281 7661

Dated this 27th day of February, 2008

By: authorized representative
Without recourse

By: authorized representative
Without recourse

CERTIFICATE OF SERVICE - 2 OF 2