**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE-FABRICIO: DIAZ,<br>JUAN-JOSE: VADO,<br>Sramineus Homo, US Vessel | No. C-08-0835 MMC<br><br>**ORDER OF DISMISSAL** |
|        Libellant,<br>  v. | |
| CITI BANK, US Vessel<br>DOES, ROES, and MOES 1-100, et al.,<br>US Vessel sand | |
|        Libellees,<br>_____ | |
| RENE-FABRICIO: DIAZ<br>JUAN-JOSE: VADO<br>Lien Holders of the Vessel, the Real Party<br>In Interest, Lawful Man<br>Injured Third Party Intervenor/ Petitioner/<br>Libellant, | |
|   v. | |
| CITI BANK, U.S. Vessel,<br>DOES, ROES, and MOES 1-100, et al.,<br>       US VESSELS<br>INDIVIDUALLY AND SEVERALLY<br>Third Party Defendants/Libellees<br>_____/ | |

     On February 12, 2008, the Court ordered Rene-Fabricio Diaz and Juan-Jose Vado (collectively, "petitioners") to show cause, no later than February 29, 2008, why the instant

"Petition for Libel of Review of an Administrative Judgment" ("Petition"), should not be dismissed in light of petitioners' having failed to allege any facts that could state a claim under either state or federal law, and having failed to allege the existence of an administrative decision.[1]

On February 29, 2008, petitioners filed three documents, titled, respectively, "Notice of Appointment of Fiduciary Trustee," "Notice of Acceptance of Oath of Office and Bond," and "Memorandum of More Definitive [sic] Statement"; in none of such documents, however, did petitioners state facts that would support a cognizable claim for relief. Accordingly, by order filed March 11, 2008, the Court dismissed the petition for failure to state a claim, and afforded petitioners the opportunity to file, no later than April 7, 2008, an amended complaint curing the deficiencies noted.

On April 7, 2008, petitioners filed six documents, the first three of which are titled, respectively, "Certificate of Service," "Letter Rogatory,"[2] and "Notice to Show Cause." The latter three documents consist of a copy of an order in an apparently unrelated proceeding in the Northern District of Ohio, and copies of two news articles concerning the state of the American legal system. Petitioners fail to explain the significance of said documents, and the documents appear wholly unrelated to the allegations made against the defendant to the instant action.

In sum, having been afforded multiple opportunities to state a claim, petitioners have failed to state facts describing their cause of action and alleged injury, or to assert any cognizable legal theory upon which petitioners could potentially recover. Under such

---

[1] Petitioners allege, for example, "all parties are U.S. Vessels and fit the legal definition of a U.S. Vessel." (See Pet. ¶ 15.) Contrary to such assertion, petitioners are individuals and have named a banking institution as a defendant. Petitioners further allege "[t]he cargo is shipped via U.S. Postal Service and all parties are subject to the Postal Codes in this instant action," (see id. ¶ 18), and assert the "Law of the flag: Man is created in the image of God and to reduce a man to chattel against the national debt is an affront to God. Exodus, 13:16 and Genesis 1:27," (see id. ¶ 10).

[2] This document states, inter alia: "Your company, UNITED STATES DISTRICT COURT inc. holds itself out as an article three court when in fact it is an administrative department of the executive branch of the private defacto governing corporation doing business as THE UNITED STATES inc." (See Pets.' "Letter Rogatory" at 2:6-9.)

circumstances, the Court finds further amendment would be futile.

Accordingly, the above-titled action is hereby DISMISSED without further leave to amend, for failure to state a claim.

**IT IS SO ORDERED.**

Dated: April 10, 2008

MAXINE M. CHESNEY
United States District Judge