IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RENE-FABRICIO: DIAZ, JUAN-JOSE: VADO,
Stramineus Homo, US Vessel

No. CV-08-0835 MMC

        Libellant,

**JUDGMENT IN A CIVIL CASE**

  v.

CITI BANK, US Vessel
DOES, ROES, and MOES 1-100, et al.,
US Vessel sand

        Libellees,

_____

RENE-FABRICIO: DIAZ JUAN-JOSE: VADO
Lien Holders of the Vessel, the Real Party
In Interest, Lawful Man
Injured Third Party Intervenor/Petitioner/
Libellant,

  v.

CITI BANK, U.S. Vessel,
DOES, ROES, and MOES 1-100, et al.,
        US VESSELS
INDIVIDUALLY AND SEVERALLY
Third Party Defendants/Libellees

_____/

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

1    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby
2  DISMISSED without further leave to amend, for failure to state a claim.

3

4
   Dated: April 10, 2008                                Richard W. Wieking, Clerk
5
                                                        *Tracy Lucero* (signature)
6
                                                        By: Tracy Lucero
7                                                       Deputy Clerk